IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERIC MALLETT, | 1:07-cv-00721 LJO WMW (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| J. MCGUINNESS, et al., | (DOCUMENT #12) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 30, 2008, Plaintiff filed a motion to extend time to file his objections to the Findings and Recommendations issued on May 20, 2008 (Document 11). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his objections to the magistrate judge's Findings and Recommendations issued on May 20, 2008.

IT IS SO ORDERED.

Dated:   **June 4, 2008**         /s/  William M. Wunderlich
                                   UNITED STATES MAGISTRATE JUDGE