IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ERIC MALLETT,

    Plaintiff,        CV F 07 0721 LJO WMW PC

   vs.                 ORDER

J. McGUINESS, et al.,

    Defendants.

On May 20, 2008, findings and recommendations were entered, recommending that this action be dismissed for failure to state a claim.  That recommendation was based on Plaintiff's failure to file an amended complaint in response to an order dismissing the complaint with leave to amend.  On June 30, 2008, Plaintiff filed a first amended complaint.

Accordingly, IT IS HEREBY ORDERED that the May 20, 2008, recommendation of dismissal is vacated.  This action proceeds on the June 30, 2008, first amended complaint.

IT IS SO ORDERED.

**Dated:   July 7, 2008**                      /s/  **William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE

1