# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERIC MALLETT, | CASE NO. 1:07-CV-00721-LJO-GBC PC |
| Plaintiff, | ORDER STRIKING DUPLICATE FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 25) |
| J. MCGUINNESS, et al., | |
| Defendants. | |

Plaintiff James Eric Mallett ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 22, 2010, the Court issued findings and recommendations recommending dismissal of certain claims.  (Doc. 24.)  On October 26, 2010, the findings and recommendations was reissued.  (Doc. 25.)  The Clerk's office is directed to strike the duplicative findings and recommendations from the record.  The objection to the findings and recommendations is due by November 29, 2010.

Accordingly it is HEREBY ORDERED that:

1. The Clerk's office STRIKE FROM THE RECORD the findings and recommendations filed October 26, 2010; and
2. The objection to the findings and recommendations is due by November 29, 2010.

IT IS SO ORDERED.

Dated:   October 28, 2010

UNITED STATES MAGISTRATE JUDGE

1