UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERIC MALLETT, | CASE NO. 1:07-cv-00721-LJO-GBC (PC) |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED |
| v. | |
| J. MCGUINNESS, | RESPONSE DUE BY JULY 1, 2011 |
| Defendant. / | |

**ORDER**

Upon finding that Plaintiff's Second Amended Complaint stated a claim against Defendant McGuinness, the Court ordered the U.S. Marshall to effect service on McGuinness. On March 31, 2011, the Court received a Waiver of Service Returned Executed signed by Michael A. Terhorst, as attorney for Defendant McGuinness, acknowledging receipt and stating that he agreed to waive formal service of the complaint. (ECF No. 32.) The Waiver stated that Defendant "understand[s] that a judgment may be entered against [him] . . . if an answer or motion under Rule 12 is not filed within the U.S. District Court and served upon plaintiff within 60 days after 2/10/2011." (Id.)

More than sixty days have passed and Defendant has failed to file an answer or otherwise respond to Plaintiff's Complaint. Fed. R. Civ. P. 12(a). If Defendant McGuinness fails to respond to this Order by July 1, 2011, default may be entered against him. Fed. R. Civ. P. 55(a).

///

Accordingly, it is HEREBY ORDERED that:

1. Defendant McGuinness shall show cause why default should not be entered against him on or before July 1, 2011;

2. Failure to comply with this Order may result in the Entry of Default;

3. The deadline to file an Answer or otherwise responsive pleading to Plaintiff's Second Amended Complaint is extended to August 1, 2011; and

4. The Clerk's Office shall send courtesy copies of this order by mail to:

> Corcoran State Prison Litigation Office
> Corcoran State Prison
> 4001 King Avenue
> Corcoran, CA 93212

and

> Michael A. Terhorst
> Beeson Terhorst
> 510 Bercut Drive, Ste. V
> Sacramento, CA 95811

and

> Dr. William J. McGuinness
> 10388 Heale Garden Court
> Las Vegas, NV 89135

IT IS SO ORDERED.

Dated:   May 20, 2011

UNITED STATES MAGISTRATE JUDGE

2