# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ERIC MALLETT,<br><br>  Plaintiff,<br><br>  v.<br><br>J. McGUINNESS, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:07-cv-00721-LJO-GBC (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW MOTION TO COMPEL<br><br>Doc. 41 |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On January 25, 2012, Plaintiff filed a motion to withdraw motion to compel. Doc. 41. The Court notes that there is no motion to compel pending on the docket. However, the Court will grant Plaintiff's motion, since Plaintiff may have mailed a motion to compel directly to Defendant. Accordingly, the Court GRANTS Plaintiff's motion to withdraw motion to compel.

IT IS SO ORDERED.

Dated:  May 7, 2012

UNITED STATES MAGISTRATE JUDGE